THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CORNELIUS SHORT, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 24, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Supreme Court, rendered March 15, 1924, at a Trial Term for the county of Sullivan upon a verdict convicting the defendant of the crime of murder in the first degree.

*David S. Hill* and *William Deckelman* for appellant. *Henry F. Gardner, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.